IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Christopher Cooley, | : | |
| Plaintiff | : | Civil Action 2:11-cv--526 |
| v. | : | Judge King |
| Valero Marketing and Supply Co., *et al.*, | : | Magistrate Judge Abel |
| | : | |
| Defendants | | |
| | : | |

# ORDER

On May 21, 2012, the parties and their counsel participated in a mediation with me. During the mediation, JATT Bros., LLC made a settlement offer. Plaintiff Cooley's counsel asked for additional information regarding the income, assets and liabilities of JATT Bros., LLC. Defendant's counsel will provide that information this week. Plaintiff will respond to the offer within two weeks of receiving the financial information.

<u>Status Report Due</u>.  If plaintiff Cooley's claim against defendant JATT Bros., LLC is not resolved by settlement, counsel are DIRECTED to call my office (614.719.3370) on or before **June 16, 2012** to schedule a brief telephone conference with me.

s/Mark R. Abel
United States Magistrate Judge